**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| NAIL ISSA EL KHATIB | CIVIL ACTION NO. 1:26-2199 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BRIAN ACUNA ET AL | MAGISTRATE JUDGE DAVID J. AYO |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 2nd day of October, 2026.

S. Maurice Hicks, Jr.
United States District Judge